IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-297-BO

| | |
|---|---|
| UNDER ARMOUR, INC., ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | |
| v. ) | **ORDER ON** |
| ) | **JOINT MOTION TO CONTINUE** |
| BATTLE FASHIONS, INC. and KELSEY ) | **TRIAL** |
| BATTLE, ) | |
| ) | |
| Defendants/Counterclaim ) | |
| Plaintiffs. | |

THIS MATTER comes before the Court on Plaintiff Under Armour, Inc.'s and Defendants Battle Fashions, Inc.'s and Kelsey Battle's *Joint Motion to Continue Trial and Notice of Settlement*. WHEREAS, the Parties have agreed to resolve this entire case and controversy without further litigation. For good cause shown, the Parties' joint motion to continue is hereby GRANTED and the jury trial currently set to commence on July 20, 2021 is hereby continued for thirty (30) days as the Parties finalize settlement.

SO ORDERED. This _15_ day of July, 2021.

                                                                 TERRENCE W. BOYLE
                                                                  United States District Judge