IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-CV-297-BO

| UNDER ARMOUR, INC., | |
|---|---|
| Plaintiff/Counterclaim Defendant, | **STIPULATION TO DISMISS ALL CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| BATTLE FASHIONS, INC. and KELSEY BATTLE, | |
| Defendants/Counterclaim Plaintiff. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim Defendant Under Armour, Inc. ("Under Armour") and Defendants and Counterclaim Plaintiffs Battle Fashions, Inc. and Kelsey Battle (collectively, "Battle"), by and through their undersigned counsel, hereby stipulate to dismiss from this action with prejudice all claims in this action. Under Armour and Battle further stipulate that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. Under Armour's claims against Battle are dismissed with prejudice;
2. Battle's claims against Under Armour are dismissed with prejudice; and
3. Under Armour and Battle further stipulate that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

IT IS SO STIPULATED.

DATED: July 30, 2021                    Respectfully submitted,

/s/ Morgan Chu
IRELL & MANELLA LLP
Morgan Chu
A. Matthew Ashley
Conor Tucker
Tate Harshbarger
1800 Ave. of the Stars, Suite 900
Los Angeles, California 90067
Phone: (310) 277-1010
Fax: (310) 203-7199
Mchu@irell.com
Mashley@irell.com
Ctucker@irell.com
Tharshbarger@irell.com
*Attorneys for Defendants Kelsey Battle and Battle Fashions, Inc.*

/s/ Kelly Margolis Dagger
ELLIS & WINTERS LLP
Leslie C. Packer
N.C. State Bar No. 13640
Leslie.packer@elliswinters.com
Kelly Margolis Dagger
N.C. State Bar No. 44329
Kelly.dagger@elliswinters.com
P.O. Box 33550
Raleigh, North Carolina 27636
Phone: (919) 865-7000
Fax: (919) 865-7010
*Local Civil Rule 83.1 Counsel for Defendants Kelsey Battle and Battle Fashions, Inc.*

DATED: July 30, 2021                    Respectfully submitted,

                                                           By: /s/ Frank C. Cimino, Jr.
                                                           Roger A. Colaizzi, D.C. Bar No. 414025
                                                           Frank C. Cimino, Jr., D.C. Bar No. 462406
                                                           Meaghan H. Kent, D.C. Bar No. 977821
                                                           Taylor G. Sachs, D.C. Bar No. 1048882
                                                           UABattle@venable.com
                                                           VENABLE LLP
                                                           600 Massachusetts Avenue, NW
                                                           Washington, D.C. 20001
                                                           Telephone: (202) 344-8051
                                                           Fax: (202) 344-8300

                                                           *Counsel for Plaintiff Under Armour, Inc.*


                                                         By: /s/ W. Michael Dowling
                                                           W. Michael Dowling
                                                           N.C. State Bar No. 42790
                                                           Mike@dowlingfirm.com
                                                           THE DOWLING FIRM PLLC
                                                           P.O. Box 27843
                                                           Raleigh, North Carolina 26711
                                                           Telephone: (919) 529-3351

                                                           *Local Civil Rule 83.1 Counsel for Plaintiff Under Armour, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

This the 30th day of July, 2021.

                                                By: /s/ Kelly Margolis Dagger
                                                    Kelly Margolis Dagger